```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04577
   DOROTHY L JONES
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7930

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 03/15/2007 and was confirmed 06/06/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 03/12/2008.
---------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
---------------------------------------------------------------------------
 AMERICAS SERVICING COMPA  CURRENT MORTG           .00             .00            .00
 AMERICAS SERVICING CO     MORTGAGE ARRE        990.58             .00         990.58
 PEOPLES GAS & LIGHT       UNSEC W/INTER        728.74             .00            .00
 US BANK NATIONAL          NOTICE ONLY     NOT FILED               .00            .00
 ROBERT J SEMRAD & ASSOC   REIMBURSEMENT         64.00             .00          64.00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,500.00                         929.26
 TOM VAUGHN                TRUSTEE                                             144.16
 DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
 TRUSTEE           2,128.00

 PRIORITY                                        64.00
 SECURED                                        990.58
 UNSECURED                                         .00
 ADMINISTRATIVE                                 929.26
 TRUSTEE COMPENSATION                           144.16
 DEBTOR REFUND                                     .00
                   --------------         --------------
 TOTALS            2,128.00                   2,128.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE